RECEIVED
IN MONROE, LA
MAY 2 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CLARA JO SARTOR, INDIVIDUALLY AND IN HER CAPACITY AS REPRESENTATIVE OF HOME ESSENTIALS, L.L.C. | * | CIVIL ACTION NO. 06-0011 |
| | * | JUDGE JAMES |
| VERSUS | * | MAGISTRATE JUDGE HAYES |
| JAMES LONNIE WALTERS AND HOME ESSENTIALS, L.L.C., and THE RICHLAND JOURNAL, INC. | | |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Defendants' motion to dismiss for lack of subject matter jurisdiction (Document No. 9) is **DENIED**.

THUS DONE AND SIGNED this 23 day of May, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION